**Order entered December 4, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05–12–01447-CR
No. 05-12-00498-CR

**DENNIS EDWARD WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 7**
**Dallas County, Texas**
**Trial Court Cause Nos. F08-35085-Y and F08-35087-Y**

## ORDER

The State's second motion to extend the time for filing the State's brief and to permit the late filing of the accompanying brief is **GRANTED**. The State's brief will be filed in the above cause.

/s/    LANA MYERS
        JUSTICE